UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| ANNE HARDING, RAY HUEBNER GREGORY R. JACOBS, MORGAN MCCOMB, AND JOHANNES PETER SCHROER<br>    Plaintiffs,<br><br>V.<br><br>COUNTY OF DALLAS, TEXAS CLAY LEWIS JENKINS, in his official Capacity as County Judge of Dallas County, et al.,<br>    Defendants, | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | C.A. NO. 3:15-CV-0131-D |

ORDER ON AGREED MOTION TO AMEND SCHEDULING ORDER

BE IT REMEMBERED on this day, in the above-numbered and entitled cause, wherein Plaintiffs and Defendants (collectively the "Parties") filed their Agreed Motion to Amend Scheduling Order, and after considering the Motion, it is ORDERED that the following schedule shall govern the disposition of this case:

Joinder of Parties:                                                                                  August 3, 2015

Expert Witnesses for party with burden
of proof shall be named and a report
furnished by:                                                                                 No later than May 27, 2016

Rebuttal Expert Witness shall be
names and a report furnished by:                                                 No later than July 29, 2016

| | |
|---|---|
| Amendment of Pleadings: | June 24, 2016 |
| Completion of Discovery, Filing of Joint Estimate of Trial Length and Status Report: | September 15, 2016 |
| Summary Judgment Motions: | October 14, 2016 |
| Motions not Otherwise Covered: | October 14, 2016 |
| Supplemental Expert Reports: | No later than December 23, 2016. |
| Trial: | To be set by the court by separate order. |

SIGNED October 6, 2015.

_____
SIDNEY A. FITZWATER
UNITED STATES DISTRICT JUDGE

APPROVED AND ENTRY REQUESTED:

BRAZIL & DUNN

*/s/ Chad W. Dunn*
Chad W. Dunn - 24036507
K. Scott Brazil – 02934050
4201 Cypress Creek Pkwy., Suite 530
Houston, Texas 77068
Telephone: (281) 580-6310
Facsimile: (281) 580-6362
chad@brazilanddunn.com
scott@brazilanddunn.com

J. Gerald Hebert (*Pro Hac Vice*)
D.C. Bar No. 447676
Campaign Legal Center
215 E Street, NE
Washington, DC 20002
Telephone (202) 736-2200 ext. 12
Facsimile (202) 736-2222
GHebert@campaignlegalcenter.org

ROLANDO L. RIOS &  ASSOCIATES
115 E. Travis, Suite 1645
San Antonio, Texas 78205
Ph: (210) 222-2102
Fax: (210) 222-2898
SBN: 16935900
rios@rolandorioslaw.com

Counsel for Defendants
THE MORENOFF FIRM, PLLC

*/s/ Daniel I. Morenoff*
Daniel I. Morenoff
SBN: 24032760
P.O. Box 12347

Dallas, Texas 75225
Telephone: (214) 504-1835
Fax: (214) 504-2633
dan.morenoff@morenoff-firm.com
danmorenoff.service@gmail.com

Counsel for Plaintiffs

## CERTIFICATE OF SERVICE

I hereby certify that on this 5th day of October 2015, a true and correct copy of the foregoing was served by the Court's Electronic Case Filing System on all counsel of record.

By: */s/ Chad W. Dunn*
Chad W. Dunn